UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 3:17-cr-00090-3 |
| v. | ) | |
| | ) | |
| RANDI HILL | ) | |

## ORDER

The Defendant, RANDI HILL, was represented by Peter J. Strianse, Esq.

A hearing was held in this action on March 21, 2024 for Defendant Randi Hill to show why his supervised release should not be revoked for his failure to abide by the conditions of supervision. (Docket Entry 190). The Defendant was charged with the following violations in the United States Probation Office's *Petition for Summons for Offender on Supervision*: Violation No. 1 (commission of State crime); Violation No. 2 (commission of State crime); Violation No. 3 (unlawful use of controlled substance); Violation No. 4 (association with convicted felon); Violation No. 5 (failure to notify probation of arrest); Violation No. 6 (access to firearm); Violation No. 7 (possession of controlled substance); Violation No. 8 (failure to appear for drug testing); and, Violation No. 9 (failure to complete public service).

The Defendant and the United States reached an agreement that in exchange for the Defendant's pleas of guilty and concession to Violations 1, 3, 4, 5, 8 and 9 in the Petition, Violations 2, 6 and 7 shall be RESERVED.

Accordingly, it is the judgment of this Court that the supervised release of the Defendant be revoked and that he be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day in custody.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge